# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>MSS, INC.,<br><br>DEBTOR. | CASE NO. 23-02487-5-JNC<br>CHAPTER 11 |
| MSS, INC.,<br><br>*Plaintiff*,<br><br>vs.<br><br>PARTNERS IN CONSTRUCTION, LLC a/k/a PARTNERS IN CONSTRUCTION OF VA, LLC<br><br>*Defendant.* | ADV. PRO. NO. 25-00042-5-JNC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff MSS, INC. (the "Debtor" or "Plaintiff"), through undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby gives notice of the voluntary dismissal, without prejudice, of the Complaint [D.E. 1] filed in the above-captioned adversary proceeding against Defendant PARTNERS IN CONSTRUCTION, LLC a/k/a PARTNERS IN CONSTRUCTION OF VA, LLC ("Defendant") (the Debtor and Defendant are collectively referred to herein as, the "Parties" and individually as, "Party"), with each of the Parties bearing their own respective attorneys' fees, costs, and expenses.

Respectfully submitted this, the 28th day of April, 2025.

**BUCKMILLER & FROST, PLLC**

BY:   s/Joseph Z. Frost

JOSEPH Z. FROST, NCSB No. 44387
jfrost@bbflawfirm.com
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
T: (919) 296-5040
F: (919) 977-7101

Counsel for Debtor-Plaintiff MSS, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is, and at all times hereinafter was, more than eighteen (18) years of age, and on this date, a true and accurate copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was electronically filed utilizing the CM/ECF system, notification of which was remitted to the all ECF participants in the above-captioned adversary proceeding.

Executed, under penalty of perjury this, the 28th day of April, 2025. .

s/Joseph Z. Frost
JOSEPH Z. FROST, NCSB No. 44387
jfrost@bbflawfirm.com
BUCKMILLER & FROST, PLLC